FILED

JUN - 6 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:19CR00427 RLW/PLC** |
| MICHAEL J. HUBER, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about March 22, 2017, in the Eastern District of Missouri,

MICHAEL J. HUBER,

the defendant herein, a loan officer for Movement Mortgage, LLC, forged and counterfeited an instrument, paper, and document, that is, a bank statement of C.C. at US Bank NA, Account No. XXXXXXXX3233, for the period February 11, 2016 through March 13, 2017, for the purpose of obtaining a loan and advance of credit from Movement Mortgage, LLC, to C.C., with the intent that such loan and advance of credit be offered to and accepted by the Department of Housing and Urban Development for insurance.

In violation of Title 18, United States Code, Section 1010.

### COUNT 2

The Grand Jury charges:

On or about December 5, 2016, in the Eastern District of Missouri,

MICHAEL J. HUBER,

the defendant herein, a loan officer for Movement Mortgage, LLC, forged and counterfeited an instrument, paper, and document, that is, a bank statement of D.S. at US Bank NA, Account No. XXXXXXXX1145, for the period October 19, 2016 through November 17, 2016, for the purpose of obtaining a loan and advance of credit from Movement Mortgage, LLC, to D.S., with the intent that such loan and advance of credit be offered to and accepted by the Department of Housing and Urban Development for insurance.

In violation of Title 18, United States Code, Section 1010.

## COUNT 3

The Grand Jury charges:

On or about November 11, 2016, in the Eastern District of Missouri,

### MICHAEL J. HUBER,

the defendant herein, a loan officer for Movement Mortgage, LLC, forged and counterfeited an instrument, paper, and document, that is, a bank statement of N.M and C.M. at Bank of America NA, Account No. XXXXXXXX4990, for the period September 27, 2016 through October 25, 2016, for the purpose of obtaining a loan and advance of credit from Movement Mortgage, LLC, to N.M and C.M, with the intent that such loan and advance of credit be offered to and accepted by the Department of Housing and Urban Development for insurance.

In violation of Title 18, United States Code, Section 1010.

## COUNT 4

The Grand Jury charges:

On or about May 9, 2016, in the Eastern District of Missouri,

### MICHAEL J. HUBER,

the defendant herein, a loan officer for Movement Mortgage, LLC, forged and counterfeited an instrument, paper, and document, that is, a credit union statement of W.F. at American Eagle Credit Union, Account No. XXXXXX9878, for the period April 1, 2016, through April 30, 2016, for the purpose of obtaining a loan and advance of credit from Movement Mortgage, LLC, to W.F., with the intent that such loan and advance of credit be offered to and accepted by the Department of Housing and Urban Development for insurance.

In violation of Title 18, United States Code, Section 1010.

## COUNT 5

The Grand Jury charges:

On or about May 31, 2016, in the Eastern District of Missouri,

### MICHAEL J. HUBER,

the defendant herein, a loan officer for Movement Mortgage, LLC, forged and counterfeited an instrument, paper, and document, that is, a bank statement of M.S. at Bank of America NA, Account No. XXXXXXXX6528, for the period March 10, 2016 through April 9, 2016, for the purpose of obtaining a loan and advance of credit from Movement Mortgage, LLC, to M.S., with the intent that such loan and advance of credit be offered to and accepted by the Department of Housing and Urban Development for insurance.

In violation of Title 18, United States Code, Section 1010.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
STEVEN A. MUCHNICK
Assistant United States Attorney